**HUNT v. DODSON et al.   (No. 1654.)**

(Court of Civil Appeals of Texas.   El Paso.
May 15, 1924.)

**Time** ⊝⟹9(4).—Service of citation held less than ten days prior to first day of term and not to support default.

Under Rev. St. art. 1867, as to time of service of citation which excludes days of service and return, where citation, served August 31, 1923, required defendant to appear September 10, 1923, service of citation was less than ten days prior to the first day of the term, and would not support default judgment for plaintiff.

Error from Eastland County Court, at Law; J. H. Jones, Judge.

Action by L. V. Dodson and Grisham Bros., a firm composed of R. M. Grisham and J. S.

Grisham, against Sam R. Hunt. Judgment for plaintiffs, and defendant brings error. Reversed and remanded.

Wasaff & Lyman, of Ranger, for plaintiff in error.

R. B. Truly, of Eastland, for defendants in error.

HARPER, C. J. This is a suit by appellees for attorney's fees filed August 31, 1923. The return of the sheriff on the citation shows service on same day, and the citation required defendant to appear September 10, 1923. The court rendered judgment by default for plaintiff. Defendant sued out writ of error.

The proposition is that the service of citation was less than 10 days prior to the first day of the term, and therefore will not support the judgment.

Sustained. Article 1867, Revised Civil Statutes.

Reversed and remanded.